# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Cynthia Diamond,<br><br>    Plaintiff,<br><br>v.<br><br>Cavalry Portfolio Services, LLC,<br><br>    Defendant. | Case No. 8:12-cv-2511-SCB-MAP<br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey Bankruptcy Law, LLP

By:     /s/ Fauzia A. Makar
    Fauzia A. Makar
    Bar # 72123
    2901 West Busch Blvd, Suite 701
    Tampa, FL 33618
    Telephone:  866-339-1156
    Email:  fmakar@maceybankruptcylaw.com
    Attorneys for Plaintiff

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2012, I electronically filed the foregoing Notice.

Service of this filing was made by placing a copy of the same in the U.S. Mail on January 3, 2013, addressed to the following:

Cavalry Portfolio Services, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

/s/ Fauzia A. Makar